# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT of Michigan

| | |
|---|---|
| **Victoria Soboleski** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 5:25-cv-11839-JEL-DRG ) ) |
| **Crumble LLC** | ) ) ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Carlos Velasquez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Crumble LLC in Utah County, UT on June 23, 2025 at 2:12 pm at 2570 West 600 North, Lindon, UT 84042 by leaving the following documents with Breanna Clark who as Receptionist is authorized by appointment or by law to receive service of process for Crumble LLC.

Summons in a Civil Action, Civil Cover Sheet, Class Action Complaint

Additional Description:
The receptionist asserted authority to receive a civil complaint.

White Female, est. age 25-34, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.3492783333,-111.77088
Photograph: See Exhibit 1

Standard Serve 2570 West 600 North, Lindon, UT 84042 1@$90.00=$90.00
Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in __Salt Lake County__, __UT__ on __6/24/2025__. | /s/ *Carlos Velasquez*<br>Signature<br>Carlos Velasquez<br>+1 (801) 671-0361 |



Exhibit 1a)