UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

    Plaintiff,                               Case No: 5:25-cv-11839-JEL-DRG

v.                                          Hon. Judith E. Levy

Crumble LLC,

    Defendant.

_____/

## JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Victoria Soboleski ("Plaintiff") and Defendant Crumbl LLC (erroneously sued as Crumble LLC) ("Crumbl") (collectively, the "Parties") hereby stipulate and jointly request to extend the deadline for Crumbl to answer, move, or otherwise respond to the Complaint to August 13, 2025.  As grounds for this stipulation, the Parties state as follows:

1. Plaintiff filed the above captioned action on June 19, 2025.

2. Crumbl was served with the Complaint on June 23, 2025.

3. Crumbl's deadline to answer, move, or otherwise respond to the Complaint is currently July 14, 2025.

4. After conferring in good faith regarding the efficient management of this dispute for the sake of judicial efficiency, and to allow Crumbl sufficient time to evaluate the allegations in the complaint and engage with Plaintiff on the

possibility of an early resolution, the Parties have agreed to a thirty (30) day extension, such that subject to the Court's approval, Crumbl shall have until August 13, 2025 to respond to the Complaint.

5. The requested extension is sought in good faith and not for the purposes of undue delay or prejudice.

Dated: July 14 2025                                   Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ John J. Atallah*
John J. Atallah
Foley & Lardner LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA  90071-2418
213.972.4834
jatallah@foley.com

*Counsel for Defendant*

Dated: July 14, 2025                                  Respectfully submitted,

**PARONICH LAW, P.C.**

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508.221.1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically filed the foregoing document and attachments with the Clerk of the Court for the United States District Court for the Eastern District of Michigan by using the Court's CM/ECF system, which will send notification to all counsel of record.

                                               */s/ John J. Atallah*
                                               John J. Atallah