**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Victoria Soboleski,

    Plaintiff,                  Case No: 5:25-cv-11839-JEL-DRG

v.                                 Hon. Judith E. Levy

Crumble LLC,

    Defendant.

_____/

## DEFENDANT CRUMBL LLC'S STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4: Crumbl LLC, who is a (check one)

[ ] PLAINTIFF    [X] DEFENDANT    [ ] OTHER: _____

makes the following disclosure[1]:

### PART I – CITIZENSHIP

[ ] Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

[ ] This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

[ ] This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

[ ] This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

    If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

[ ] This party is a trust.

    If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

[ ] None of the entries below applies to this party.

[X] This party has one or more parent entities.
    If so, identify all parent entities.

2

Crumbl Enterprises, LLC

[ ] This party has one or more subsidiaries.
   If so, identify all subsidiaries.

[ ] This party has one or more affiliates.
   If so, identify all affiliates.

[ ] An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
   If so, identify all such owners.

[ ] An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
   If so, identify each such entity's financial interest in the litigation.

|  |  |
|---|---|
| Dated: August 13, 2025 | Respectfully submitted,<br><br>**FOLEY & LARDNER LLP**<br><br>*/s/ John J. Atallah* _____<br>John J. Atallah<br>Foley & Lardner LLP<br>555 S. Flower Street, Suite 3300<br>Los Angeles, CA  90071-2418<br>213.972.4834<br>jatallah@foley.com<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2025, I electronically filed the foregoing document and attachments with the Clerk of the Court for the United States District Court for the Eastern District of Michigan by using the Court's CM/ECF system, which will send notification to all counsel of record.

                                                                         */s/ John J. Atallah*
                                                                          John J. Atallah