# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Victoria Soboleski,

                Plaintiff,      Case No. 25-cv-11839

v.                         Judith E. Levy
                             United States District Judge

Crumble LLC,

                             Mag. Judge David R. Grand

                Defendant.

_____/

# ORDER STRIKING DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO NON-PARTIES AND/OR FOR A PROTECTIVE ORDER [10]

The Court has reviewed Defendant Crumble LLC's[1] motion to quash subpoenas issued by Plaintiff Victoria Soboleski to non-parties Bandwidth.com CLEC, LLC and Braze, Inc. and/or for a protective order. (ECF No. 10.) The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

---

[1] Defendant is identified as "Crumble LLC" on the docket and in the complaint. (ECF No. 1.) In its filings, Defendant indicates that its correct name is "Crumbl, LLC." (*See* ECF No. 4, PageID.25; ECF No. 5, PageID.28; ECF No. 7, PageID.75; ECF No. 10, PageID.98.)

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☒ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☐ Other: _____.

The document (ECF No. 10) is STRICKEN and not part of the record.

IT IS SO ORDERED.

2

Dated: March 27, 2026                     s/Judith E. Levy
      Ann Arbor, Michigan              JUDITH E. LEVY
                                       United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 27, 2026.

                                       s/William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager