**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

VICTORIA SOBOLESKI, individually     :
and on behalf of others similarly situated,    :
                                     :
        Plaintiff,                      :     Case No. 5:25-cv-11839-JEL-DRG
                                       :
v.                                      :
                                       :
                                       :
CRUMBLE LLC,                :
                                       :
        Defendant.                 :
                                       :
_____ /

## NOTICE OF APPEARANCE

Please take notice that the undersigned Avi R. Kaufman of Kaufman P.A. appears on

behalf of Plaintiff Victoria Soboleski and all others similarly situated.

Dated April 14, 2026            Respectfully submitted,

                                 By: */s/ Avi R. Kaufman*
                                     Avi R. Kaufman
                                     kaufman@kaufmanpa.com
                                     KAUFMAN P.A.
                                     237 South Dixie Highway, 4th Floor
                                     Coral Gables, FL 33133
                                     Ph. 305-469-5881

                                     *Attorney for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2026, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF, and it is being served this day on all

counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                     */s/ Avi R. Kaufman*
                                     Avi R. Kaufman