UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Victoria Soboleski,

                          Plaintiff(s),

v.                                                        Case No. 5:25–cv–11839–JEL–DRG
                                                          Hon. Judith E. Levy

Crumble LLC,

                          Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

   PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

   • PRETRIAL CONFERENCE:  May 7, 2026 at 11:00 AM

   The public may access the audio proceedings with the following connection information:

   ***PHONE NUMBER:*** 669 254 5252
   ***MEETING ID:***       160 245 9929


   Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

   **ADDITIONAL INFORMATION:**   Discovery Dispute Conference


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/W. Barkholz_____
                                            Case Manager

Dated:   April 29, 2026