UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

                    Plaintiff(s),

v.                                                Case No. 5:25−cv−11839−JEL−DRG
                                                  Hon. Judith E. Levy

Crumble LLC,

                    Defendant(s),

_____

### NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- PRETRIAL HEARING:  June 10, 2026 at 11:00 AM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:**  669 254 5252
**MEETING ID:**       165 925 4787

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:**    Hearing regarding a discovery dispute

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                     Case Manager

Dated:   June 3, 2026