UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

                          Plaintiff(s),

v.                                          Case No. 5:25−cv−11839−JEL−DRG
                                            Hon. Judith E. Levy

Crumble LLC,

                          Defendant(s),

_____

### NOTICE TO APPEAR REMOTELY

  PLEASE TAKE NOTICE that a remote hearing has been *rescheduled* before District Judge Judith E. Levy as follows:

  • PRETRIAL HEARING:  June 9, 2026 at 03:00 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:**  669 254 5252
**MEETING ID:**       165 925 4787

  Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

  **ADDITIONAL INFORMATION:**    Pretrial Hearing Regarding a Discovery Dispute

### Certificate of Service

  I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                          By: s/W. Barkholz_____
                              Case Manager

Dated:   June 3, 2026