# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Victoria Soboleski, individually and on behalf of all others similarly situated<br>    *Plaintiff*,<br>v.<br><br>Crumble LLC,<br>    *Defendant*. | Case No.: 5:25-cv-11839-JEL-DRG<br><br><br>Honorable Judith E. Levy<br>United States District Judge<br><br><br>Magistrate Judge David R. Grand |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
## <u>DEADLINE TO MOVE FOR CLASS CERTIFICATION</u>

Plaintiff Victoria Soboleski, by and through undersigned counsel, respectfully moves for an extension of 120 days, through December 15, 2026, of the current deadline to move for class certification. Defendant Crumble LLC does not oppose the requested extension. In support of this Motion, Plaintiff states as follows:

1.      Plaintiff brings this putative class action under the Telephone Consumer Protection Act, 47 U.S.C. § 227, on behalf of herself and a proposed class of persons who allegedly received solicitation calls or text messages from Defendant despite their telephone numbers having been registered on the National Do-Not-Call Registry. See Compl. ¶¶ 1, 22.

2.     Under the Court's current schedule, Plaintiff's deadline to move for class certification is August 17, 2026.

3.     Discovery relevant to class certification remains ongoing. In particular, a significant discovery dispute concerning Plaintiff's subpoenas to Bandwidth.com CLEC, LLC and Braze, Inc. remains pending before the Court.

4.     The Court previously conducted discovery dispute conferences concerning that issue, including a conference on June 9, 2026. Consistent with the discussion during that conference, Defendant thereafter filed its Renewed Motion to Quash Plaintiff's Subpoenas to Bandwidth.com CLEC, LLC and Braze, Inc. and/or for Protective Order on June 18, 2026. ECF No. 19. Plaintiff filed her opposition on June 30, 2026, ECF No. 21, and Defendant filed its reply on July 14, 2026, ECF No. 22. The motion is therefore fully briefed and remains pending.

5.     Resolution of that dispute bears directly on the parties' ability to complete discovery relevant to class certification. Plaintiff's proposed class turns in part on identifying persons who received the challenged communications, and the Complaint specifically alleges that the identities and telephone numbers of putative class members may be determined through records maintained by Defendant and third parties. Compl. ¶¶ 25–26.

6.     Accordingly, requiring Plaintiff to move for class certification before the Court resolves the pending discovery dispute—and before the parties have had a

reasonable opportunity to complete the resulting discovery—would be premature and inefficient. The requested extension will permit the Court to resolve the pending motion, allow the parties to proceed with discovery in accordance with that ruling, and permit Plaintiff to present a class-certification motion on a more complete record.

7. The requested extension is also consistent with the parties' discussion with the Court during the discovery conference preceding the filing of Defendant's renewed motion. During that conference, the parties and the Court addressed the need to resolve the subpoena dispute before the case could meaningfully move forward with the affected discovery.

**WHEREFORE**, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to move for class certification by 120 days, through December 15, 2026, and grant such other relief as the Court deems just and appropriate.

## CERTIFICATE OF CONCURRENCE

Pursuant to E.D. Mich. L.R. 7.1(a), undersigned counsel certifies that counsel for Plaintiff sought concurrence in the relief requested in this Motion from counsel for Defendant. Defendant's counsel advised that Defendant does not oppose the requested 120-day extension.

Date: August 13, 2026                    */s/ Anthony I. Paronich*

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for Plaintiff and the Proposed*
*Class*