**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Victoria Soboleski,

Plaintiff,

v.

Crumble LLC,

Defendant.

Case No: 5:25-cv-11839-JEL-DRG

Judith E. Levy
United States District Judge

Mag. Judge: David R. Grand

/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charles W. Niemann of Foley & Lardner LLP appears in this action on behalf of Crumbl LLC ("Crumbl"). A copy of all future papers and filings in this action should be served upon counsel via the Court's e-filing system or at the contact information below.

Dated: August 25, 2026

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Charles W. Niemann*

Charles W. Niemann
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
414.297.5149
cniemann@foley.com

*Counsel for Defendant*