**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Victoria Soboleski, individually and on behalf of all others similarly situated
*Plaintiff*,
v.

Crumbl LLC,
*Defendant*.

Case No.: 5:25-cv-11839-JEL-DRG

Honorable Judith E. Levy
United States District Judge

Magistrate Judge David R. Grand

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Victoria Soboleski respectfully submits the recent decision in *Dovberg v. Haller Enterprises, Inc.*, No. 5:26-cv-04286-JFL, ECF No. 20 (E.D. Pa. Oct. 21, 2026), attached as Exhibit 1, as supplemental authority relevant to Defendant's pending Motion for Judgment on the Pleadings (ECF No. 24). In *Dovberg*, the Eastern District of Pennsylvania denied a motion for judgment on the pleadings, holding, among other things, that text messages constitute "telephone calls" actionable under 47 U.S.C. § 227(c)(5) and that cellular telephones may qualify as residential telephones under that provision.

Date: October 22, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for Plaintiff and the Proposed Class*