**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Victoria Soboleski,

Plaintiff,

v.

Crumble LLC,

Defendant.

Case No: 5:25-cv-11839-JEL-DRG

Judith E. Levy
United States District Judge

Mag. Judge: David R. Grand

---

**DEFENDANT CRUMBL, LLC'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Crumbl, LLC ("Crumbl"), erroneously sued as "Crumble LLC," respectfully submits this Notice of Supplemental Authority to inform the Court of two decisions issued after Crumbl filed its Reply in Support of its Motion for Judgment on the Pleadings (ECF No. 29) on September 24, 2026. Copies of the decisions are attached as **Exhibits A** and **B**.

First, in *Brown v. Hursh Group, LLC*, No. 26-cv-00185-NRN, 2026 WL 2906613 (D. Colo. Sept. 28, 2026) (**Ex. A**), the court granted the defendant's Rule 12(b)(6) motion to dismiss a putative class action asserting a claim under 47 U.S.C. § 227(c)(5) based on text messages. The court held that "the term 'telephone call,' as used in § 227(c)(5), does not encompass text messages," and dismissed the complaint with prejudice. *Id.* at *3-4.

Second, in *Lowrey v. Twilio, Inc.*, No. 6:25-cv-00116, 2026 WL 2958730 (W.D. Va. Oct. 1, 2026) (**Ex. B**), the court granted in part the defendants' motions to dismiss claims under 47 U.S.C. § 227(c)(5). The court held that, "[b]ecause a text message is different from a telephone call and because § 227(c)(5) only applies to 'telephone calls,'" the plaintiff's § 227(c)(5) claims relying on test messages "must be dismissed." *Id.* at *6.

Crumbl respectfully requests that the Court consider these authorities in connection with its pending Motion for Judgment on the Pleadings (ECF No. 24).

Dated: October 29, 2026

Respectfully submitted,

**FOLEY & LARDNER LLP**

*<u>/s/ John J. Atallah</u>*
John J. Atallah
Foley & Lardner LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2418
213.972.4834
jatallah@foley.com

Charles W. Niemann
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
414.297.5149
cniemann@foley.com

*Counsel for Defendant*